United States District Court
for the District of Columbia

Johnny Ray Chandler, Sr.,

    Plaintiff,

v.

U.S. Dept of Justice, et al.,

    Defendants.

Case No. Unassigned

RECEIVED
NOV 23 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Case: 1:07-mc-00536
Assigned To : Huvelle, Ellen S.
Assign. Date : 12/6/2007
Description: miscellaneous

## Notice of Appeal

On 11-5-07 my Application in the following claims to proceed in Forma Pauperis was denied. I am appealing that order.

*Johnny Ray Chandler, Sr.*

IN THE UNITED STATES DISTRICT COURT
FOR THE ~~_____~~ DISTRICT OF ~~_____~~ Columbia

Johnny Ray Chandler
Reg. No. 11977-007

_____

Name of Plaintiff(s)

v.

U.S. Dept. of Justice
U.S. Parole Commission

_____

Name of Defendant(s)

Civil Case No. _____

Judge _____

(Number and Judge to be
assigned by court)

LEAVE TO FILE DENIED if
28 USC § 1915(g)
Ellen S. Huvelle
11/5/07

## APPLICATION TO PROCEED IN FORMA PAUPERIS

PLEASE READ CAREFULLY AND FULLY COMPLETE EACH SECTION.

1. ✓ I am willing to pursue my claims in this action under the new provisions of The Prison Litigation Reform Act, understanding that pursuing my claim requires payment of a partial filing fee and deduction of sums from my prison account when funds exist until the filing fee of $350.00 has been paid in full.

2. ✓ I have enclosed an executed Authorization form which authorizes the Institution holding me in custody to transmit to the Clerk a certified copy of my trust account for the past six (6) months as well as payments from the account in the amounts specified by 28 U.S.C. §1915(b).

RECEIVED
OCT 2 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

3. Have you, prior to the filing of the complaint in this action and while a prisoner as that term is defined in 28 U.S.C. § 1915(h), brought 3 or more actions or appeals in a court of the United States that were dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted?    Yes ✓    No ____

    (a) If the answer is "yes," are you now seeking relief because you are under imminent danger of serious physical injury?
    Yes ____    No X

(b) Please explain in detail why you are under imminent danger of serious physical injury:

_____

_____

_____

4. (a) Are you presently employed at the Institution?  Yes ____ No  X

   (b) If yes, what is your monthly compensation?  $ -0-

5. Do you own any cash or other property; have a bank account; or receive money from any source?  Yes ____ No  X

   If the answer is "yes" to any of the above, describe each source and the amount involved.

   _____

   _____

   _____

   _____

I certify under penalty of perjury that the foregoing is true and correct.

Executed on 10/12/07
         (Date)                    Johnny Ray Chandler, Sr.
                                   (Signature of Plaintiff)

This certification is executed pursuant to Title 28, United States Code, Section 1746.

2

CO 217B2
Rev. 3/06
FP1-SST

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Johnny Ray Chandler
_____
Plaintiff(s)

vs.

US Dept. of Justice, et al.
_____
Defendant(s)

~~Civil~~ mc Action No. 07-536

Dear: Mr. Chandler :

In the above entitled case, please be advised that on 11/5/07 Judge: Huvelle endorsed thereon as follows:

**"Leave to file is DENIED."**

As a result of the Judge's ruling, your document has not been filed with our Court and a copy is being returned to you at this time. Thank you.

NANCY MAYER-WHITTINGTON, CLERK

By: _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE ~~~~~~ DISTRICT OF ~~~~~~ Columbia

Johnny Ray Chandler, Sr.
Reg. No. 11977-007
_____

_____

Name of Plaintiff(s)

v.

U.S. Dept. of Justice; Fed.
Bureau of Prisons; Mr. D. Sauers;
Ms. Patricia Stansberry; Ms. Bonnie
J. Miller; Mr. K.F. Kiddy; Ms. Evangela Brown

Name of Defendant(s)

Civil Case No. _____

_____

Judge

(Number and Judge to be
assigned by court)

LEAVE TO FILE DENIED
28 USC § 1915(g)
E. S. Huvelle
11/5/07

APPLICATION TO PROCEED IN FORMA PAUPERIS

PLEASE READ CAREFULLY AND FULLY COMPLETE EACH SECTION.

1.  __X__  I am willing to pursue my claims in this action under the new provisions of The Prison Litigation Reform Act, understanding that pursuing my claim requires payment of a partial filing fee and deduction of sums from my prison account when funds exist until the filing fee of $350.00 has been paid in full.

2.  __X__  I have enclosed an executed Authorization form which authorizes the Institution holding me in custody to transmit to the Clerk a certified copy of my trust account for the past six (6) months as well as payments from the account in the amounts specified by 28 U.S.C. §1915(b).

3.  _____  Have you, prior to the filing of the complaint in this action and while a prisoner as that term is defined in 28 U.S.C. § 1915(h), brought 3 or more actions or appeals in a court of the United States that were dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted?   Yes __X__   No _____

    (a)  If the answer is "yes," are you now seeking relief because you are under imminent danger of serious physical injury?
         Yes _____   No __X__

RECEIVED
OCT 29 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(b) Please explain in detail why you are under imminent danger of serious physical injury:

_____

_____

_____

4. (a) Are you presently employed at the Institution? Yes ___ No  X

(b) If yes, what is your monthly compensation? $_____

5. Do you own any cash or other property; have a bank account; or receive money from any source? Yes  X  No ___

If the answer is "yes" to any of the above, describe each source and the amount involved.

I receive approximently $30.00 every two months from my Father.

_____

_____

I certify under penalty of perjury that the foregoing is true and correct.

Executed on  10-4-07
                  (Date)

Johnny Ray Chandler, Sr.
(Signature of Plaintiff)

This certification is executed pursuant to Title 28, United States Code, Section 1746.

2

# AUTHORIZATION
(Prisoner's Account Only)

Case No. _____

> NOTE: Completing this authorization form satisfies your obligation under 28 U.S.C. § 1915(a)(2) to submit a certified copy of your trust fund account.

I, _Johnny Ray Chandler_, request and authorize the agency holding me in custody to send to the Clerk of Court, United States District Court for the Middle District of Pennsylvania, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) at the institution where I am incarcerated. I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust account (or institutional equivalent) in the amounts specified by 28 U.S.C § 1915(b).

This authorization is furnished in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee will be deducted from my account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: _10/4/07_

_Johnny Ray Chandler, Sr._
Signature of Prisoner



Date: 09/28/2007
Time: 9:41:08 am

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Start Date: 04/01/2007
End Date: 09/28/2007
Inmate Reg#: 11977007
Account Status: All
Institution: All

Facility: ALX

Date: 09/28/2007
Time: 9:41:08 am

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: ALX

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 11977007 | Living Quarters: | Z08-209UDS |
| Inmate Name: | CHANDLER, JOHNNY R | Arrived From: | LEW |
| Current Site Name: | Allenwood FCC | Transferred To: | |
| Housing Unit: | ALP-Z-A | Account Creation Date: | 11/21/2006 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|
| PEX | 05/06/2007 05:26:10 AM | 70182402 | | Lockbox - CD | $30.00 | | $30.31 |
| PEX | 05/08/2007 08:50:47 AM | 33 | | Sales | ($8.45) | | $21.86 |
| PEX | 05/15/2007 01:48:41 PM | 39 | | Sales | ($11.45) | | $10.41 |
| PEX | 05/22/2007 09:12:24 AM | 48 | | Sales | ($9.50) | | $0.91 |
| PEX | 05/29/2007 09:30:18 AM | 35 | | Sales | ($0.82) | | $0.09 |
| PEX | 07/10/2007 05:37:46 AM | 70186801 | | Lockbox - CD | $30.00 | | $30.09 |
| PEX | 07/17/2007 09:45:52 AM | 47 | | Sales | ($19.75) | | $10.34 |
| PEX | 07/24/2007 09:11:02 AM | 49 | | Sales | ($9.05) | | $1.29 |
| PEX | 07/31/2007 09:30:26 AM | 33 | | Sales | ($0.90) | | $0.39 |
| PEX | 08/07/2007 08:18:59 AM | 4 | | Sales | ($0.30) | | $0.09 |
| PEX | 08/10/2007 03:20:12 AM | TFN0810 | | Phone Withdrawal | $0.17 | | $0.26 |
| PEX | 08/10/2007 03:20:12 AM | TX081007 | | Transfer - Out to TRUFACS | ($0.26) | | $0.00 |
| **Total Transactions:** | **12** | | | | | | |
| LEW | 08/10/2007 03:20:13 AM | TX081007 | | Transfer - In from TRUFACS | $0.26 | | $0.26 |
| LEW | 08/15/2007 03:18:08 AM | TX081507 | | Transfer - Out to TRUFACS | ($0.26) | | $0.00 |
| **Total Transactions:** | **2** | | | | | | |
| ALX | 08/15/2007 03:18:09 AM | TX081507 | | Transfer - In from TRUFACS | $0.26 | | $0.26 |
| ALX | 09/04/2007 12:03:02 PM | 36 | | Sales | ($0.15) | | $0.11 |
| ALX | 09/10/2007 08:29:55 AM | 6 | | Sales | $0.00 | | $0.11 |
| ALX | 09/17/2007 09:48:11 AM | 9 | | Sales | $0.00 | | $0.11 |
| **Total Transactions:** | **4** | | | **Totals:** | **($0.20)** | **$0.00** | |

Date: 09/28/2007  
Time: 9:41:08 am

Federal Bureau of Prisons  
TRUFACS  
**Inmate Statement**  
Sensitive But Unclassified

Facility: ALX

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 11977007 | Living Quarters: | Z08-209UDS |
| Inmate Name: | CHANDLER, JOHNNY R | Arrived From: | LEW |
| Current Site Name: | Allenwood FCC | Transferred To: | |
| Housing Unit: | ALP-Z-A | Account Creation Date: | 11/21/2006 |

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| ALX | $0.11 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.11 |
| Totals: | $0.11 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.11 |

FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

IN THE UNITED STATES DISTRICT COURT
FOR THE ~~_____~~ DISTRICT OF ~~_____~~ Columbia

11977-007
(Inmate Number)

Johnny Ray Chandler, Sr.
(Name of Plaintiff)

U.S.P. Allenwood
P.O. Box 3000
(Address of Plaintiff)

White Deer, Pa. 17887

vs.

U.S.D.O.J., F.B.O.P.
Mr. D. Sauers; Ms. P. R. Stansberry;
Ms. Bonnie J. Miller; Mr. K.F. Kiddy; Ms. Evangela Brown
(Names of Defendants)

(Case Number)

COMPLAINT

TO BE FILED UNDER:  _X_ 42 U.S.C. § 1983 - STATE OFFICIALS
                     _X_ 28 U.S.C. § 1331 - FEDERAL OFFICIALS

I. Previous Lawsuits

A. If you have filed any other lawsuits in federal court while a prisoner please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

_____
_____
_____
_____

II. Exhaustion of Administrative Remedies

A. Is there a grievance procedure available at your institution?
   _X_ Yes ___ No

B. Have you filed a grievance concerning the facts relating to this complaint?
   _X_ Yes ___ No

If your answer is no, explain why not _____

C. Is the grievance process completed? ___ Yes _X_ No

RECEIVED
OCT 29 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

III. Defendants

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use Item B for the names, positions and places of employment of any additional defendants.)

A. Defendant  Mr. Delbert Sauers  is employed as  Designation Center Administrator  at  Texas

B. Additional defendants  Stansberry, Warden at FCC Petersburg, Milly Assoc. Warden, FCC Petersburg; K.F. Kiddy, Unit Mang at FCC Petersburg, E. Brown, Case Mang. at FCC Petersburg in Petersburg, Va. P.O. Box 90042 Petersburg, Va 23804-9002

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

1. This claim is against the U.S. Dept. of Justice, the Federal Bureau of Prisons and five of it's employees. This Court has Jurisdiction over this claim. Because the U.S. Dept. of Justice and the Federal Bureau

2.

3.

2

Johnny Chandler
No. 11977-007

Complaint Continued

of Prisons both have their main Office (Headquarters) in Washington, D.C. In this claim all of the defendants are being sued in their individual and official capacity. This claim is for violation of my Procedural Due Process under the Fifth and Fourteenth Amendment and violation of my Liberty Interest also under the Fourteenth Amendment. Plus, the Torts of (1) negligence (2) Civil Conspiracy. On July 3, 2007 Defendants: Mr. K.F. Kiddy, Unit Mang., Mrs. Bonnie J. Miller, Associate Warden, Ms. Patricia R. Stansberry, Warden and Ms. Evangela Brown, Came together in a meeting and devised a scheme (conspiracy) to have me transferred. Then, they contacted Mr. Delbert Sauers, Designation and Sentence Computation Center Administrator and they all conspired to violate my Liberty Interest. During this time I was housed at the FCC Petersburg-Medium Facility in Petersburg, Va. Which is in the Mid-Atlantic Region. On August 8, 2007 without a hearing (Due Process) I was transferred here to the U.S.P. Allenwood, Penitentiary in White Deer, Pennsylvania. Per Policy, 28 C.F.R. 541.12 and P.S. (Program Statement) 5270.07 in pertinent parts states as follows: "Transfer from one region to another requires the approval of both the sending and the receiving Regional Directors. While I was at the Petersburg-Medium facility, I was serving a Disciplinary Sanction of 120 day Disciplinary Segregation. Pursuant to the above Policy and Program Statement, P.S. 5270.07 in pertinent parts it states: "An inmate serving a sanction of disciplinary segregation ordinarily is not to be

## Complaint Continued

transferred from the institution imposing the sanction until completion of the segregation period. Where this is not practical, the transfer "must" be approved by the Regional Office. The inmate "shall" complete the remainder of any segregation period at the receiving institution.

### Liberty Interest

Based on the mandatory language used in 28 C.F.R. 541.12 and P.S. 5270.07 a Liberty Interest is created, Requiring Due Process.

On September 16, 2007, While here at the U.S.P. Allenwood, Penitentiary, I sent a Federal F.O.I.A. Request to my Correctional Counselor, Mr. G. Gallick. In that Request, I asked Mr. Gallick to send me a full and complete copy of all the documents on file that pertain to my transfer from Petersburg here to the Allenwood Penitentiary.

In Mr. Gallick's response, he wrote, "Attached is the only paper written and filed for your greater security transfer from Petersburg." See Exhibits A. and B.

As this Court can see, The transfer was not approved by neither the Northeast Regional

Complaint Continued

Director or the Mid-Atlantic Regional Director.

Wherefore, the defendants are factually guilty of violation of plaintiff's Due Process and Liberty Interest.

V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. _____
_____
_____
_____

2. _____
_____
_____
_____

3. _____
_____
_____
_____

Signed this __4__ day of __October~~September~~__, 2007.

_Johnny Ray Chandler, Sr._
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

__10-4-07__                    _Johnny Ray Chandler, Sr._
(Date)                          (Signature of Plaintiff)

Exhibit A.

Memorandum

To: Mr. G. Gallick, Counselor
U.S.P. Allenwood
P.O. Box 3000
White Deer, Pa. 17887

From: Resident, Johnny Ray Chandler, Sr.
Fed. Reg. No. 11977-007
U.S.P. Allenwood
P.O. Box 3000
White Deer, Pa. 17887

Subject: Title 5-552 Federal Freedom of Information Act Request

Date: 9/16/07

*Attached is the only paper written and filed for your greater security transfer from Petersburg*
G. GALLICK
COUNSELOR

Mr. Gallick:

This Memorandum is being written and sent to you, in accordance with the Federal Freedom of Information Request Act/Law.

Under this Provision, I am Requesting a copy of a document from my Institutional Files.

Back in July of 2007 while I was housed at the FCC Petersburg - Medium. In Petersburg, Va.

My Unit Team (Unit Manager and Case Manager) submitted a Request to the A.W. Requesting that I be transferred. The A.W. submitted the Request to the Warden, Ms. Patricia R. Stansberry for approval. Ms. Stansberry, Warden submitted that Request to the Regional Dir. K. M. White for final approval.

Under the above Provision, I am Requesting a full and complete copy of all the documents that were used, written and filed in conjunction with my transfer to this facility.

Also, under the Federal F.O.I.A. I am obligated to inform you that you have fifteen (15) work days (excluding weekends and holidays) to provide me with the Requested documents.

If for any reason, you are unable to provide me with the Requested documents, I ask that you provide me with your reason or reasons in writing. Along with any and all Policies, or Regulations that you think supports your reason.

Thank you in advance for your time, attention and prompt response to this Request

Johnny Ray Chandler, 11977-007

Response Due Date: 10/5/07

EMS-409.051 **REQUEST FOR TRANSFER/APPLICATION OF MANAGEMENT VARIABLE** CDFRM
SEP 2006
U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

| From: (Warden/Superintendent) Patricia R. Stansberry | Facility FCC Petersburg-Medium | Date 8-3-07 |
|---|---|---|
| Inmate's Name Chandler, Johnny R. | Register No. 11977-007 | |

To: (Designations and Sentence Computation Center Administrator)
Delbert Sauers, Chief DSCC Administrator

**x** Transfer to: Any appropriate high level facility, Greater Security Code 307
___ Apply Management Variable(s) _____
___ Update Management Variable Expiration Date. (New Date): _____

1. **Inmate's Medical Status**

   Mr. Chandler is assigned to regular duty with the following medical restrictions: no ladders, no upper bunk, and lower bunk requirement.

2. **Institution Adjustment** (Include a brief description of the inmate's adjustment during this period of incarceration with emphasis on recent adjustment.)

   Mr. Chandler was received at FCC Petersburg-Medium on January 17, 2007. Since his arrival Mr. Chandler has made no effort to participate in any recommended programs. Mr. Chandler has been consistent in his inability to follow institutional rules and regulations. He continues to maintain a total disrespect for staff evident by his institutional conduct. His institutional adjustment at this facility is considered extremely poor.

3. **Rationale for Referral.** (For Mariel Cuban Detainees, include availability of community resources and status of INS review process in this section.)

   Mr. Chandler has a documented history of writing threatening and sexually explicit letters to female staff. He has exhibited obsession and erotomania behavior toward female staff that has warranted the writing of several incident reports. On several occasions his actions have indicated an immediate risk of harm to female staff. Mr. Chandler continues to verbalize hostile feelings toward female staff. Mr. Chandler's disruptive conduct jeopardizes and hinders the orderly running of this facility. Additionally, considering his poor institutional adjustment and increased security level from Medium to High security with In custody, the unit team believes he requires a higher level of supervision than can be afforded at this facility. The unit team request redesignation to any appropriate high institution. Mr. Chandler has been submitted for a 30 day RRC placement.

4a. Parole Hearing Scheduled: ___ Yes **x** No   b. If yes, when _____

5. Note any past or present behavior and/or management/inmate concerns.

   06/17/07; Code 312/ Being Insolent to Staff; DS/15 Days/CS Suspended 180 days, 6 months loss of phone.
   06/25/07; Code 312/ Being Insolent to Staff; DS/15 Days; 6 months loss of phone.
   04/08/07; Code 299/ Disruptive Conduct-High; DS/20 Days; 3 months loss of commissary.
   04/08/07; Code 312/ Being Insolent to Staff; DS/10 Days.
   03/09/07; Code 312/ Being Insolent to Staff; DS/15 Days.
   PENDING CHARGES:
   07/07/07; Code 203/ Threatening Bodily Harm.
   06/28/07; Code 203/206A Threatening Bodily Harm & Making Sexual Proposal.

6. BP337/BP338 Discrepancies.

   There are no discrepancies between the BP337 and BP338.

Staff have checked the following SENTRY Programs to ensure that they are correct and current:
   Inmate Profile                CIM Clearance and Separatee Data
   Inmate Load Data              Custody Classification Form
   Sentence Computation          Chronological Disciplinary Record

| Prepared by: (Case Manager) E. Brown | Unit Manager Signature K. Kiddy |
|---|---|