# United States Court of Appeals
### For The District of Columbia Circuit

---

| | |
|---|---|
| **No. 07-5405** | **September Term, 2007** |
| | 07ms00536 |

In re: Johnny Ray Chandler,
    Petitioner

Filed On:



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED  FEB 1 4 2008

**CLERK**

## ORDER

It is **ORDERED**, on the court's own motion, that the petition be reopened in light of the court's receipt on February 7, 2008, of petitioner's motion for leave to proceed in forma pauperis. The Clerk is directed to note the docket accordingly.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/ Nancy G. Dunn
Nancy G. Dunn
Deputy Clerk