# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 07-5405**  **September Term 2007**

07ms00536

**Filed On:** April 17, 2008

In re: Johnny Ray Chandler,

    Petitioner

    **BEFORE:** Sentelle, Chief Judge, and Henderson and Tatel, Circuit Judges

## ORDER

Upon consideration of the motion for appointment of counsel; the motion for leave to proceed in forma pauperis; the petition for writ of mandamus, and the memorandum of law and fact in support thereof; and the motion for reconsideration of this court's order filed February 4, 2008, it is

**ORDERED** that the motion for appointment of counsel be denied. With the exception of defendants appealing or defending in criminal cases, appellants are not entitled to appointment of counsel when they have not demonstrated sufficient likelihood of success on the merits. It is

**FURTHER ORDERED** that the motion for leave to proceed in forma pauperis be granted. Although this court has previously concluded that petitioner is ineligible to proceed in forma pauperis in a civil action or appeal, see Ibrahim v. District of Columbia, 208 F.3d 1032 (D.C. Cir. 2000); 28 U.S.C. § 1915(g), this ineligibility does not apply to petitioner's mandamus petition. See In re Smith, 114 F.3d 1247, 1250 (D.C. Cir. 1997). It is

**FURTHER ORDERED** that the petition for writ of mandamus be denied. The district court properly refused to allow petitioner to file his complaint without prepayment of fees or costs. Petitioner has incurred three "strikes" under 28 U.S.C. § 1915(g). Because he made no allegation of imminent danger of serious physical injury, petitioner was therefore ineligible to file his civil action in forma pauperis, that is, without prepayment of the filing fee. See 28 U.S.C. § 1915(g); Ibrahim, 208 F.3d at 1034, 1037. It is

**FURTHER ORDERED** that the motion for reconsideration of the Clerk's order dismissing petitioner's case be dismissed as moot. By Clerk's order filed February 14,

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 07-5405**                                    **September Term 2007**

2008, petitioner's case was reopened in light of the court's receipt of petitioner's motion for leave to proceed in forma pauperis.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.

### Per Curiam